Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado  81501
Tel:  (970) 245-9075
Fax:  (970) 245-8086
E-mail:  chris@harmonseidman.com

JS-6

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California  94925
Tel:  (415) 945-1830
E-mail:  robert@harmonseidman.com

*Attorneys for Plaintiff*
*Mountain Light Photography, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUENCH PHOTOGRAPHY, INC., and MOUNTAIN LIGHT PHOTOGRAPHY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS BARBÈY, <br><br> Defendant. | Case No. CV 12-6672-R (VBKx) <br><br> JUDGMENT |

On August 3, 2012, Defendant Thomas Barbèy ("Barbèy") served an Offer of Judgment to Plaintiff Mountain Light Photography, Inc. ("Mountain Light").  On August 14, 2012, Mountain Light served written notice accepting the offer and filed the Offer of Judgment (Document 16) and Mountain Light's Acceptance of the Offer of Judgment, including proof of service (Doc. 17).

The Court having fully considered this matter and a decision having been duly rendered, pursuant to the terms of Defendant Thomas Barbèy's Offer of Judgment to Plaintiff Mountain Light Photography, Inc.,

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Judgment is entered in favor of Plaintiff Mountain Light Photography, Inc. against Defendant Thomas Barbèy in the total amount of $2,600.00, which includes $1,600.00 in damages and $1,000.00 in attorneys' fees and costs. Otherwise, all parties will be responsible for their own attorneys' fees and costs.

2. Defendant Thomas Barbèy shall permanently refrain from any marketing or sales of the work "Pitcher Books" without Mountain Light's advance written consent.

This judgment is not to be construed either as an admission that Barbèy is liable in this action or that Mountain Light has suffered any actual damages.

DATED: _Oct. 11, 2012__

_____
Honorable Manuel L. Real
United States District Judge